ORIGINAL

FILED
SEP 27 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CWS MARKETING GROUP, INC., Plaintiff, | ) | No. 06-676 C |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, AND SUPPORTING DOCUMENTS UNDER SEAL AND PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Plaintiff CWS Marketing Group, Inc. ("CWS"), by its undersigned counsel, hereby moves this Court pursuant to Appendix C of the Rules of the Court of Federal Claims ("RCFC App. C") ¶ 4, for leave to file its Complaint, Motion for Preliminary Injunction, and Supporting Documents under seal.[1]

In support of this motion, CWS states that certain of the pleadings and supporting documents CWS filed may contain confidential or proprietary source selection and proposal information not appropriate for release to the public.

Pursuant to RCFC App. C ¶ 6, CWS has indicated the protected material contained within the Complaint and other papers to be filed under seal, and has provided the Court and the other parties, by counsel, with a proposed redacted version of the Complaint and other papers.

CWS also hereby moves this Court pursuant to RCFC App. C ¶¶ 16-17 to issue a Protective Order covering the proceedings in this matter (including, but not limited to, the

---

[1] Because CWS's action is pursuant to 28 U.S.C. § 1491(b) (*see Ramcor Serv. Group, Inc. v. United States*, 185 F.3d 1286, 1289 (Fed. Cir. 1999)), CWS is following the Court's procedures as set forth in RCFC App. C.

Improper use of nightbox

RECEIVED FROM NIGHT BOX
SEP 26 2006
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

documents filed under seal). The proceedings in this matter may involve sensitive agency source selection information and proprietary offeror proposal information. Maintaining the integrity of both the source selection process and the offerors' protected information requires that the Court issue a Protective Order covering the proceedings.

WHEREFORE, CWS respectfully requests that the Court grant Plaintiff's Motion for Leave to File Complaint, Motion for Preliminary Injunction, and Supporting Documents Under Seal and grant Plaintiff's Motion for Protective Order. A proposed Order granting Plaintiff's Motions and a proposed Protective Order (based on the example provided by RCFC Form 8) are attached. In the event that the Court should deny these Motions, CWS respectfully requests that the Court grant it leave to withdraw its filings until such time as further arrangements can be made with the affected parties.

Dated: September 26, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

Mark D. Colley
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7005 – phone
(202) 419-2724 – fax
*Counsel for CWS Marketing Group, Inc.*

Of Counsel:

Kara L. Daniels
Cameron W. Fogle
Allison Feierabend
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-1830 – phone
(202) 419-2727 – fax

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CWS MARKETING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. ________ |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, AND SUPPORTING DOCUMENTS UNDER SEAL AND GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

This matter having come before the Court on Plaintiff CWS Marketing Group, Inc.'s Motion for Leave to File Complaint, Motion for Preliminary Injunction, and Supporting Documents under Seal and Motion for Protective Order and the Court being fully apprised of the premises and having considered any opposition thereto, it is this __ day of September 2006 by the United States Court of Federal Claims:

ORDERED that the Motion for Leave to File Complaint, Motion for Preliminary Injunction, and Supporting Documents under Seal is GRANTED; and it is

FURTHER ORDERED that said pleadings and supporting documents shall be held under seal; and it is

FURTHER ORDERED that the Motion for Protective Order is GRANTED; and it is

FURTHER ORDERED that the attached Protective Order shall cover all protected material filed in this matter including the pleadings and supporting documents sealed by this Order.

________________________
Judge

Copies to:

Mark D. Colley, Esquire
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
*Counsel for CWS Marketing Group, Inc.*

Cherita Thomas
Contracting Officer
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

William Kanellis
Department of Justice Commercial
Litigation Branch
Civil Division
1100 L Street, NW Room 7010
Washington, DC 20005

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Plaintiff's Motion for Leave to File Complaint, Motion for Preliminary Injunction, and Supporting Documents under Seal and Plaintiff's Motion for Protective Order, a proposed Order and the proposed Protective Order to be served this 26th day of September 2006 by overnight delivery:

Cherita Thomas
Contracting Officer
1300 Pennsylvania Avenue, NW
Suite 901 National Place
Washington, DC 20229

William Kanellis
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W. Room 7010
Washington, D.C. 20005
202-514-7300

Allison Feierabend

# 4070305_v1