ORIGINAL

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
SEP 27 2006
U.S. COURT OF FEDERAL CLAIMS

CWS MARKETING GROUP, INC.

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 06-676 C

## CORPORATE DISCLOSURE STATEMENT OF CWS MARKETING GROUP, INC.

Pursuant to RCFC 7.1, Plaintiff CWS Marketing Group, Inc. ("CWS"), by its undersigned counsel, states that CWS does not have a parent corporation and that no publicly held corporation owns 10% or more of CWS's stock.

Dated: September 26, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

Mark D. Colley
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 – phone
(202) 955-5564 – fax
*Counsel for CWS Marketing Group, Inc.*

Of Counsel:
Kara L. Daniels
Cameron W. Fogle
Allison V. Feierabend
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 – phone
(202) 955-5564 – fax

# 4070735_v1