# In the United States Court of Federal Claims

**No. 06-676C**
**(Filed: September 27, 2006)**

* * * * * * * * * * * * * * * * *
**CWS MARKETING GROUP, INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * *

**ORDER**

Oral argument on CWS Marketing Group, Inc.'s Motion for a Temporary Restraining Order shall be heard on **Thursday, September 28, 2006 at 1:00 p.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for each party shall appear in person. The parties shall be prepared to address the pending motion before the court. In particular, the government shall be prepared to explain the steps that will be taken to handle the existing vehicle inventory, and shall also be prepared to provide relevant documents from the Administrative Record, including the Independent Government Cost Estimate.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge