ELECTRONICALLY FILED ON 9/29/06

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| CWS MARKETING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.06-676C |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO GOVERNMENT INDEPENDENT COST ESTIMATE**

Plaintiff CWS Marketing Group, Inc. ("CWS"), by its undersigned counsel, hereby moves this Court for leave to file a response to the Government Independent Cost Estimate. Counsel for CWS received a copy of the Government Independent Cost Estimate at approximately 4:00 PM on September 28, 2006, after the hearing on CWS's Motion for a Temporary Retraining Order and Preliminary Injunction. This prevented counsel for CWS from having an opportunity to comment on the reasonableness of the Government Independent Cost Estimate during the hearing.

WHEREFORE, CWS respectfully requests that the Court grant Plaintiff's Motion for Leave to File a Response to the Government Independent Cost Estimate. The proposed Response and a proposed Order granting Plaintiff's Motion (based on the example provided by RCFC Form 8) are attached.

Dated: September 29, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

Mark D. Colley
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7005 – phone
(202) 419-2724 – fax
*Counsel for CWS Marketing Group, Inc.*

Of Counsel:

Kara L. Daniels
Cameron W. Fogle
Allison Feierabend
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-1830 – phone
(202) 419-2727 – fax