**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| CWS MARKETING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. _________ |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO THE GOVERNMENT INDEPENDENT COST ESTIMATE**

This matter having come before the Court on Plaintiff CWS Marketing Group, Inc.'s Motion for Leave to File a Response to the Government Independent Cost Estimate and the Court being fully apprised of the premises and having considered any opposition thereto, it is this __ day of September 2006 by the United States Court of Federal Claims:

ORDERED that the Motion for Leave to File a Response to the Government Independent Cost Estimate is GRANTED.

______________________________
Judge