# In the United States Court of Federal Claims

**No. 06-676C**
**(Filed: September 29, 2006)**

* * * * * * * * * * * * * * * * *

**CWS MARKETING GROUP, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER ON MOTION

The court is in receipt of plaintiff's motion for leave, filed September 27, 2006, to file its complaint, motion for preliminary injunction, and supporting documents under seal and plaintiff's motion for protective order.

**IT IS ORDERED AS FOLLOWS:**

(1) Plaintiff's motion for leave to file its complaint, motion for preliminary injunction and supporting documents under seal is **GRANTED**.

(2) Plaintiff shall provide the court with a proposed protective order for its review and approval.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge