# In the United States Court of Federal Claims

**No. 06-676C**
**(Filed: September 29, 2006)**

* * * * * * * * * * * * * * * * *
*
**CWS MARKETING GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER ON MOTION

Plaintiffs' motion, filed September 29, 2006, for leave to file a response to the government's Independent Cost Estimate is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge