**Electronically Filed On 9/29/06**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| CWS MARKETING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-676C |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, AND SUPPORTING DOCUMENTS UNDER SEAL AND PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Plaintiff CWS Marketing Group, Inc. ("CWS"), by its undersigned counsel, hereby moves this Court pursuant to Appendix C of the Rules of the Court of Federal Claims ("RCFC App. C") ¶ 4, for leave to file its Complaint, Motion for Preliminary Injunction, and Supporting Documents under seal.

In support of this motion, CWS states that certain of the pleadings and supporting documents CWS filed may contain confidential or proprietary source selection and proposal information not appropriate for release to the public.

Pursuant to RCFC App. C ¶ 6, CWS has indicated the protected material contained within the Complaint and other papers to be filed under seal, and has provided the Court and the other parties, by counsel, with a proposed redacted version of the Complaint and other papers.

CWS also hereby moves this Court pursuant to RCFC App. C ¶¶ 16-17 to issue a Protective Order covering the proceedings in this matter (including, but not limited to, the documents filed under seal). The proceedings in this matter may involve sensitive agency source selection information and proprietary offeror proposal information. Maintaining the integrity of

both the source selection process and the offerors' protected information requires that the Court issue a Protective Order covering the proceedings.

WHEREFORE, CWS respectfully requests that the Court grant Plaintiff's Motion for Leave to File Complaint, Motion for Preliminary Injunction, and Supporting Documents Under Seal and grant Plaintiff's Motion for Protective Order. A proposed Order granting Plaintiff's Motions and a proposed Protective Order (based on the example provided by RCFC Form 8) are attached. In the event that the Court should deny these Motions, CWS respectfully requests that the Court grant it leave to withdraw its filings until such time as further arrangements can be made with the affected parties.

Dated: September 29, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/Mark D. Colley
Mark D. Colley
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-7005 – phone
(202) 419-2724 – fax
*Counsel for CWS Marketing Group, Inc.*

Of Counsel:

Kara L. Daniels
Cameron W. Fogle
Allison Feierabend
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 457-1830 – phone
(202) 419-2727 – fax

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Plaintiff's Motion for Leave to File Complaint, Motion for Preliminary Injunction, and Supporting Documents under Seal and Plaintiff's Motion for Protective Order, a proposed Order and the proposed Protective Order to be served this 29th day of September 2006 by overnight delivery:

William Kanellis
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W. Room 7010
Washington, D.C. 20005
202-514-7300

s/Mark D.Colley
Mark D.Colley

# 4070305_v2