**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| CWS MARKETING GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-676C |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, AND SUPPORTING DOCUMENTS UNDER SEAL AND GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

This matter having come before the Court on Plaintiff CWS Marketing Group, Inc.'s Motion for Leave to File Complaint, Motion for Preliminary Injunction, and Supporting Documents under Seal and Motion for Protective Order and the Court being fully apprised of the premises and having considered any opposition thereto, it is this __ day of September 2006 by the United States Court of Federal Claims:

ORDERED that the Motion for Leave to File Complaint, Motion for Preliminary Injunction, and Supporting Documents under Seal is GRANTED; and it is

FURTHER ORDERED that said pleadings and supporting documents shall be held under seal; and it is

FURTHER ORDERED that the Motion for Protective Order is GRANTED; and it is

FURTHER ORDERED that the attached Protective Order shall cover all protected material filed in this matter including the pleadings and supporting documents sealed by this Order.

______________________________
Judge

Copies to:

Mark D. Colley, Esquire
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
*Counsel for CWS Marketing Group, Inc.*

Cherita Thomas
Contracting Officer
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

William Kanellis
Department of Justice Commercial
Litigation Branch
Civil Division
1100 L Street, NW Room 7010
Washington, DC 20005