# In the United States Court of Federal Claims

**No. 06-676C**
**(Filed: October 3, 2006)**

* * * * * * * * * * * * * * * * *
*
**CWS MARKETING GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Based upon a review of plaintiff's September 27, 2006, motion for a protective order, to which defendant does not object, it is hereby **ORDERED**.

The attached protective order, as signed by the court, shall be filed *nunc pro tunc* as of September 28, 2006.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge