# In the United States Court of Federal Claims

**No. 06-676C**
**(Filed: October 4, 2006)**

* * * * * * * * * * * * * * * * * *
*
**CWS MARKETING GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER**

The court hereby **SCHEDULES** a status conference for **Tuesday, October 10, 2006 at 10:30 a.m. eastern time**. Counsel for each party shall appear via telephone and unless other wise notified will be contacted at the following numbers: counsel for plaintiff at (202) 955-3000; counsel for plaintiff and agency counsel at (202) 353-0526. The court will initiate the conference call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge