# In the United States Court of Federal Claims

**No. 06-676C**
**(Filed: October 5, 2006)**

* * * * * * * * * * * * * * * * *

**CWS MARKETING GROUP, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the original and two copies of defendant's October 2, 2006 notice of appearance. The above captioned case has been designated as a case for electronic filing.

**IT IS ORDERED AS FOLLOWS:**

(1) The Clerk of the Court shall file by my leave defendant's notice of appearance;

(2) Defendant shall have until **Friday, October 6, 2006** to file electronically a corrected notice of appearance; and,

(3) All future filings shall be filed electronically. Any filing received in hard copy by the court shall be returned unfiled. Counsel for each party shall ensure that they have an ECF account in order to ensure service of docket activity.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge