ORIGINAL

FILED
OCT 5 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CWS MARKETING GROUP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Fed. Cl. No. 06-676 C |
| | ) | (Judge Nancy B. Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

by leave of the Judge

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of William G. Kanellis as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
Room 8032

Dated: October 2, 2006

William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 353-0526
Fax: (202) 514-8640

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2nd day of October, I caused to be placed in the United States mail (first-class, postage prepaid) copies of a "NOTICE OF APPEARANCE", addressed as follows:

Mark D. Colley, Esq.
Holland & Knight, LLP
2099 Pennsylvania Ave. NW
Suite 100
Washington, DC 20006

Karlesha Bethea