IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CWS MARKETING GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Fed. Cl. No. 06-676 C |
| | ) | (Judge Nancy B. Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CORRECTED NOTICE OF APPEARANCE

To the Clerk:

Pursuant to the Court's order of October 5, 2006, please enter the appearance of William G. Kanellis as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
Room 8032

Dated: October 6, 2006

s/ William G. Kanellis

William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 353-0526
Fax: (202) 514-8640

CERTIFICATE OF FILING

I hereby certify that on this 6th day of October, 2006, a copy of the foregoing "DEFENDANT'S CORRECTED NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ William G. Kanellis