# In the United States Court of Federal Claims

**No. 06-676C**
**(Filed: October 10, 2006)**

* * * * * * * * * * * * * * * * *
*
**CWS MARKETING GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Following the status conference with the parties on October 10, 2006, the court orders the following:

| | |
|---|---|
| **Tuesday, October 17, 2006** | Defendant shall file the administrative record for both government contracts referred to in the amended complaint pursuant to Rule 52.1(a). Defendant shall also file its motion to dismiss. |
| **Monday, October 23, 2006** | Plaintiff shall file a motion addressing any issues it has with the administrative records. |
| **Tuesday, October 31, 2006** | Plaintiff shall file its response to Defendant's motion to dismiss. Plaintiff shall also file its motion for judgment on the administrative record under Rule 52.1(b). |

| | |
|---|---|
| **Tuesday, November 14, 2006** | Defendant shall file its cross-motion for judgment on the administrative record. Defendant shall also file a reply to its motion to dismiss and its response to Plaintiff's motion for judgment on the administrative record. |
| **Monday, November 27, 2006** | Plaintiff shall file its response to the Defendant's motion for judgment on the administrative record. Plaintiff shall also file a reply to its motion for judgment on the administrative record. |
| **Monday, December 4, 2006** | Defendant shall file a reply to its motion for judgment on the administrative record. |
| **Monday, December 11, 2006** | Oral argument shall be held on the parties' cross-motions at **10:00 am**. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge