# In the United States Court of Federal Claims

**No. 06-676C**
**(Filed: October 20, 2006)**

* * * * * * * * * * * * * * * * * *
*
**CWS MARKETING GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's motion, filed October 19, 2006, for leave to file out of time the administrative in paper form and on CD is **GRANTED**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge