# United States Court of Federal Claims

| | | |
|---|---|---|
| **CWS MARKETING, INC.** | ) | |
| **Plaintiff,** | ) | **No.06-676** |
| | ) | |
| **v.** | ) | **Judge Nancy B. Firestone** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant,** | ) | |
| | ) | |
| **ROBERTSON LEASING, INC.** | ) | |
| **Applicant for** | ) | |
| **Intervention.** | ) | |

## MOTION TO INTERVENE AS A DEFENDANT

**ROBERTSON LEASING. INCORPORATED moves for leave to intervene as a defendant in this action as applicant claims an interest relating to the property or transaction which is the subject of this action on the grounds that applicant is the successful offorer/awardee of the subject Homeland Security Government Contract Number HSBP 1006D01275 and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties.**

**Signed: s/Donald O. Ferguson**
**Attorney for Robertson Leasing Corporation,**
**Applicant for Intervention**

**Telephone No. (210) 828-8868**
**E-Mail No. donoferguson@MSN.com**
**9002 Valley View Lane East**
**San Antonio, TX 78217**

**Dof/Rod-Fed-Claims/Intervention-FedCl**