# In the United States Court of Federal Claims

**No. 06-676C**
**(Filed: October 24, 2006)**

* * * * * * * * * * * * * * * * *
**CWS MARKETING GROUP, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

The court hereby **SCHEDULES** a status conference for **Wednesday, October 25, 2006 at 10:45 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 955-3000; counsel for defendant at (240) 476-5550; and counsel for defendant-intervenor at (210) 828-8868. The court will initiate the conference call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge