# United States Court of Federal Claims

| | | |
|---|---|---|
| **CWS MARKETING, INC.** | ) | |
| **Plaintiff,** | ) | **No.06-676** |
| | ) | |
| **v.** | ) | **Judge Nancy B. Firestone** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant,** | ) | |
| | ) | |
| **ROBERTSON LEASING, CORP.** | ) | |
| **Intervention** | ) | |
| **Defendant.** | ) | |

## APPLICATION FOR ACCESS TO MATERIALS UNDER PROTECTIVE ORDER FOR OUTSIDE COUNSEL

I, Donald O. Ferguson, hereby apply for access to protected information covered by the Protective Order issued in connection with this protest.

2. I am an attorney with the law firm of Law Office of Donald O. Ferguson and have been retained to represent Robertson Leasing Corporation, a party to this proceeding.

3. I am a member of the bar of the United States Court of Federal Claims.

4. My professional relationship with the party I represent in this proceding and its personnel is strictly one of legal counsel. I am not involved in competitive decision making as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this protest, or any other firm that might gain a competitive advantage from access to the material disclosed under the protective order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning or participate in decisions about marketing or advertising strategies, product research and development, product design or

competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected material could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

NONE

6. I identify here (by writing "none" or listing names, positions, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the protest or with any other firm that might gain a competitive advantage from access to the material disclosed under the Protective Order:

NONE

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, or had admission revoked, or been found to have violated a protective order issued by an administrative or judicial tribunal:

NONE

9. I have read the Protective Order issued by the court in this proceeding, I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

10. I acknowledge that any violation of the terms of the Protective Order may result in the imposition of sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including any attached statements) are true and correct.

S/Donald O. Ferguson Date Executed: October 25, 2006
Donald O. Ferguson, Attorney for Robertson Leasing Corporation
Telephone: (210) 828-8868