# In the United States Court of Federal Claims

**No. 06-676C**
**(Filed: October 26, 2006)**

* * * * * * * * * * * * * * * * *
**CWS MARKETING GROUP, INC.,**

**Plaintiff,**

v.

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

**ORDER**

Following the status conference with the parties on October 25, 2006, the court has considered the plaintiff's motion to compel production and to supplement the administrative record, and hereby **ORDERS** the following:

1. The plaintiff's request to compel production of and supplement the administrative record with documents related to pre-award activities, including the agency's consensus evaluation, past performance evaluations, the proposals of the three bidders, the IGCE developed for the TEOAF General Property contract, and the technical evaluations, is **GRANTED**.

2. The plaintiff's request to compel production of and supplement the administrative record with documents regarding post-award activities related to the contract awarded under the Solicitation is **DENIED**.

3. The plaintiff's request to compel production of and supplement the administrative record with documents regarding CBP's independent sole-source contract with RRE is **DENIED**.

4. The plaintiff's request to take depositions related to the transfer of inventory and the potential relaxation of solicitation requirements is **DENIED**.

The court modifies the schedule as follows:

| | |
|---|---|
| **Friday, October 27, 2006** | Defendant shall supplement the Administrative Record with the following documents: the agency's consensus evaluation, past performance evaluations, the proposals of the three bidders, the IGCE developed for the TEOAF General Property contract, and the technical evaluations. The documents may be filed with the court in paper form and on CD. |
| **Monday, November 13, 2006** | Plaintiff shall file its response to Defendant's motion to dismiss. Plaintiff shall also file its motion for judgment on the administrative record under Rule 52.1(b). |
| **Monday, November 27, 2006** | Defendant shall file its cross-motion for judgment on the administrative record. Defendant shall also file a reply in support of its motion to dismiss and its response to Plaintiff's motion for judgment on the administrative record. |
| **Monday, December 11, 2006** | Plaintiff shall file its response to the Defendant's motion for judgment on the administrative record. Plaintiff shall also file a reply in support of its motion for judgment on the administrative record. |
| **Monday, December 18, 2006** | Defendant shall file a reply in support of its motion for judgment on the administrative record. |

The court will contact the parties to schedule oral argument.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge