# In the United States Court of Federal Claims

**No. 06-676C**
**(Filed: October 26, 2006)**

* * * * * * * * * * * * * * * * * *
**CWS MARKETING GROUP, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * *

## ORDER

The motion to intervene as defendant in the above-captioned case, filed by Robertson Leasing Corporation on October 23, 2006, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge