**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| CWS MARKETING GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-676C |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff CWS Marketing, Inc. ("CWS"), through undersigned counsel, provides this notice pursuant to Rule 41(a)(1) of the Rules of this Court that it voluntarily dismisses this action with prejudice.

Dated: November 2, 2006

HOLLAND & KNIGHT LLP

s/ Mark D. Colley

Mark D. Colley
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 955-3000 – phone
(202) 955-5564 – fax
*Counsel for CWS Marketing Group, Inc.*

Of Counsel:

Kara L. Daniels
Cameron W. Fogle
Allison V. Feierabend
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 955-3000 – phone
(202) 955-5564 – fax

# 4160395_v1